UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61239-CIV-MARTINEZ

MARIO SERGIO BOLANO-OCHOA,

      Petitioner,

v.

MIAMI ICE FIELD OFFICE DIRECTOR, in her
official capacity as Field Office Director of U.S.
Immigration and Customs Enforcement Miami
Field Office; JUAN AGUDELO, in his official
capacity as Acting Assistant Field Office Director
of U.S. Immigration and Customs Enforcement
Miami Field Office and Officer-in- Charge,
Broward Transitional Center, Pompano Beach,
Florida,

      Respondents.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court *sua sponte*. On April 27, 2026, Petitioner, Mario Sergio Bolano-Ochoa, filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [ECF No. 1]. Accordingly, it is

**ORDERED** as follows:

1. Counsel for Respondents shall immediately notify the Court of receipt of this Order and the name of the attorney to whom the case is assigned.

2. On or before **May 1, 2026**, Respondents shall file a combined memorandum of fact and law to show cause why the Petition should not be granted and shall file all documents and transcripts necessary for resolution of the Petition. *See* 28 U.S.C. § 2243

CASE NO. 26-61239-CIV-MARTINEZ

(requiring that a response to an order to show cause "shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed").

3.  Counsel for Respondents is requested to caption the response as a "response," not a "motion to dismiss."

4.  Petitioner may, but is not required to, file a reply within **seven days** after Respondents file the response.

**DONE AND ORDERED** in Miami, Florida, this 28 day of April 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:     all counsel of record

2