UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61239-CIV-MARTINEZ

MARIO SERGIO BOLANO-OCHOA,

      Petitioner,

v.

MIAMI ICE FIELD OFFICE DIRECTOR, in her
official capacity as Field Office Director of U.S.
Immigration and Customs Enforcement Miami
Field Office; JUAN AGUDELO, in his official
capacity as Acting Assistant Field Office Director
of U.S. Immigration and Customs Enforcement
Miami Field Office and Officer-in-Charge, Broward
Transitional Center, Pompano Beach, Florida,

      Respondents.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. Upon review of relevant authority, the Court has located 8 U.S.C. § 1252(a)(2)(A)(iii), which unambiguously strips this Court of jurisdiction to "review . . . the application of [section 1225(b)(1)] to individual aliens . . . ." Accordingly, it is hereby

**ORDERED** that Petitioner shall file supplemental briefing by **May 29, 2026**, addressing whether the Due Process Clause of the Fifth Amendment or the Suspension Clause limits Congress' authority to eliminate jurisdiction and, if so, whether section 1252(a)(2)(A)(iii) or any other applicable jurisdiction stripping statute(s) violates due process. Respondents are **ORDERED** to respond to Petitioner's brief by **June 3, 2026**. Neither brief may exceed **five pages**, exclusive of captions, certificates of service, and signature blocks.

**DONE AND ORDERED** in Miami, Florida, this 26 day of May 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:      all counsel of record